IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



FILED
MAY 2 5 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-10030 |
| | ) | |
| BRAMAN BENJAMIN BROY, | ) | Title 18, United States Code, |
| | ) | Sections 2252A(a)(2)(A), (b)(1) and |
| Defendant. | ) | 2252A(a)(5)(B), (b)(2). |

## INDICTMENT

### COUNT ONE
(Receipt of Child Pornography)

**THE GRAND JURY CHARGES THAT:**

1. On or about January 3, 2015, in McLean County, in the Central District of Illinois and elsewhere, the defendant,

**BRAMAN BENJAMIN BROY,**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), including visual depictions of minors engaging in sexually explicit conduct, including but not necessarily limited to the file "Video Jun 10, 2 26 06 PM (2).mov," said child pornography having been shipped or transported using any means or facility of interstate or foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT TWO
## (Possession of Child Pornography)

1.  On or about October 21, 2015, in McLean County, in the Central District of Illinois and elsewhere, the defendant,

**BRAMAN BENJAMIN BROY,**

did knowingly possess a computer and computer hard drives, namely a Corsair desktop computer with a Chronos solid state device, a Seagate hard drive device and a Mediemax hard drive device, that contained images of child pornography other than those specified in Count One, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

# COUNT THREE
(Access with Intent to View Child Pornography)

1. On or about February 26, 2015, in McLean County, in the Central District of Illinois and elsewhere, the defendant,

**BRAMAN BENJAMIN BROY,**

knowingly accessed a website with intent to view child pornography, as defined in Title 18, United States Code, Section 2256(8), including visual depictions of minors engaging in sexually explicit conduct, said child pornography having been shipped or transported using any means or facility of interstate or foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1. The charges contained in Counts One through Three are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One through Three, the defendant,

**BRAMAN BENJAMIN BROY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Three;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Three of this Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Three of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras,

computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Corsair Desktop Computer, SN 12187802;

- Chronos solid state device (SSD), Model #MKMSSDCR60GB, SN MKM1235A0000126956;

- Seagate hard drive device (HDD), Model #ST325080AS, SN 5QE56HE8;

- Mediemax HDD, Model #WL2000GSA6472E, an illegible SN

  All pursuant to Title 18, United States Code, Section 2253.

s/Ron Hanna

JAMES A. LEWIS
United States Attorney

RLH:dlh

A True Bill,
s/Foreperson

FOREPERSON